435 A.2d 244

Commonwealth v. Harrell, Appellant.

Argued September 10, 1980. Dennis J. Cogan, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Affirmed.